Before STATE INDUSTRIAL BOARD, Respondent. HATTIE E. FOXLUGER, Claimant, Respondent, v. CHARLES H. HAKES and Another, Appellants.— Motion denied.

FIDELITY AND CASUALTY COMPANY, Respondent, Appellant, v. CITY OF WATERVLIET and Another, Appellants, Respondents.— Motion denied.

DAVID FISHER, Respondent, v. FORSYTHE BATHS, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN GAVIN, Claimant, Respondent, v. CHARLES E. CHALMERS, as Receiver, etc., Appellant.— Award modified by striking out the sum of $340, and as so modified unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. NELLIE O. HITT, Claimant, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion denied, with ten dollars costs to the claimant against the employer.

Before STATE INDUSTRIAL BOARD, Respondent. Mrs. PHILANDER HODGE, Claimant, Respondent, v. ARNOT REALTY COMPANY and Another, Appellants.— Motion denied.

In the Matter of Proceedings to Disbar F. NEWELL GILBERT, of Binghamton, N. Y., and MONROE M. SWEETLAND, of Ithaca, N. Y.— The issues, presented upon the charges made and the answers filed, are hereby referred to Hon. George F. Lyon, official referee, to hear the evidence, and report thereon, with his conclusions, to this court.

In the Matter of the Estate of GEORGE I. WILBER, Deceased. THE WILBER NATIONAL BANK OF ONEONTA, N. Y., Executor and Testamentary Trustee, Appellant; MARY WILBER RUSS, Respondent.— Decree reversed on the ground that parties interested in the question presented were not cited, and matter remitted to the Surrogate's Court for further action when the necessary parties have been cited. No costs to either party. All concur.

In the Matter of the Estate of GEORGE I. WILBER, Deceased. THE WILBER NATIONAL BANK OF ONEONTA, N. Y., Executor and Testamentary Trustee, Appellant; FLORA LYON, Respondent.— Decree reversed on the ground that parties interested in the question presented were not cited, and matter remitted to the Surrogate's Court for further action when the necessary parties have been cited. No costs to either party. All concur.

BERTHA MILES, as Administratrix, etc., of FLOYD R. MILES, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted.

In the Matter of the Application of the LAKE GEORGE STEAMBOAT COMPANY, Respondent, for an Order Directing the BOARD OF SUPERVISORS OF THE COUNTY OF WARREN, Appellant, to Refund Certain Taxes Illegally Assessed, etc.— Order unanimously affirmed, with ten dollars costs and disbursements.